IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER WILLIAMS and
BOBBY POSEY                                                                                   PLAINTIFFS

v.                                              3:09CV00216HLJ

DICK BUSBY, et al.                                                                            DEFENDANTS

ORDER

By Order dated February 19, 2010 (DE #14), this Court granted plaintiffs' applications to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiffs' complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiffs to submit an amended complaint within thirty days. Plaintiffs have now submitted an amended complaint (DE #16). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Dick Busby, Zane Boyd, Teresa Bonner, and S. Mobley. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #16) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 4th day of March, 2010.

_____
United States Magistrate Judge

1