IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER WILLIAMS and
BOBBY POSEY                                                                                       PLAINTIFFS

v.                                        3:09CV00216JLH/JTK

DICK BUSBY, et al.                                                                                 DEFENDANTS

ORDER

On May 13, 2010, a copy of the April 19, 2010 Order reassigning cases which was mailed to plaintiff Walter Williams at his last-known address, was returned to Sender (Doc. No. 30).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although plaintiff Williams has apparently changed his address, this Order will be sent to his last-known address. In addition, this Order will be sent to co-plaintiff Posey to determine whether he wishes to continue with the prosecution of this case. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiffs Walter Williams and Bobby Posey shall notify this Court of their current addresses and their intent to continue with the prosecution of this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order may result in the dismissal without prejudice of plaintiffs' complaint.

IT IS SO ORDERED this 21st day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE